# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3465
L.T. Case No. 2025-12180-CODL

_____

JAMIE LABREE,

    Appellant,

    v.

KA RV REPAIR, LLC,

    Appellee.

_____

On appeal from the County Court for Volusia County.
Angela A. Dempsey, Judge.

Jamie LaBree, Clermont, pro se.

No Appearance for Appellee.

April 9, 2026

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____